SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EGAL SHAHBAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, business form unknown; and DOES 1-25,<br><br>    Defendant. | Case No.<br><br>Los Angeles Superior Court<br>Case No. 20STLC00301<br><br><br><br><br><br>Action Filed: January 10, 2020<br>Trial Date: None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**PLEASE TAKE NOTICE** that defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") hereby removes to this Court the state court action described below:

**I.     FILING AND SERVICE OF THE COMPLAINT.**

1. On January 10, 2020, plaintiff EGAL SHAHBAZ ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of Los Angeles, Case Number 20STLC00301, by filing a Complaint entitled ***"Egal Shahbaz v. State Farm Mutual Automobile Insurance Company, and DOES 1-25."***

2. Defendants received a copy of the Summons and Complaint on January 16, 2020.  True and correct copies of the Summons and Complaint and all other documents are attached hereto as Exhibit "A".  Defendants have not yet responded to the Complaint.  All defendants consent to removal.

**II.    THIS COURT HAS FEDERAL QUESTION JURISDICTION.**

3. This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and his claims are founded on a claim or right arising under the laws of the United States.

4. More specifically, it appears from the Complaint that this is a civil rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 *et seq*.  (Complaint ¶10) ("The foregoing constitutes a violation of 42 U.S.C. § 12182(b)(2)(A(iv), 28 C.F.R. § 36.304(b)(18), Americans with Disabilities Act of 1990 Standards of Accessible Design sections 4.1.2, 4.6.1 *et seq*., and A4.6.2 *et seq*…); (Complaint ¶15 - 22) (same).

### III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Superior Court of California, County of Los Angeles, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of Los Angeles.

8. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against them in the Superior Court of the County of Los Angeles be removed to this Court.

Dated: February 7, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ *Gregory F. Hurley*
GREGORY F. HURLEY

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY