SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EGAL SHAHBAZ,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, business form unknown; and DOES 1-25,<br><br>  Defendant. | Case No. 2:20-CV-01294-GW-PLA<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br><br>Action Filed: January 10, 2020<br>Trial Date: None Set |

1  Now comes Defendant State Farm Mutual Automobile Insurance Company ("Defendant"), by and through counsel hereby gives the Court notice that plaintiff, Egal Shahbaz and Defendant have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

Dated:  March 6, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Gregory F. Hurley*
GREGORY F. HURLEY
MICHAEL J. CHILLEEN
Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

-1-

SMRH:4819-6654-9686.1                NOTICE OF SETTLEMENT OF ENTIRE ACTION