# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EGAL SHAHBAZ<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.<br><br>Defendants. | Case No. CV 20-1294-GW-PLAx_<br><br>Hon. George H. Wu<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  01/10/2020<br>Trial Date:  None Set |

Pursuant to the parties' "Joint Stipulation for Dismissal with Prejudice," and good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear his or its own costs and attorney's fees.

**IT IS SO ORDERED**

Dated March 19, 2020

_____
Honorable George H. Wu
United States District Judge